# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Daniel Tiedemann, Sr., <br><br>    Plaintiff, <br><br> v. <br><br> Mary M Mitchell, et al., <br><br>    Defendants. | **NO. CV-17-00597-TUC-CKJ** <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 16, 2020, this action is DISMISSED under Rule 12(b)(1).

Debra D. Lucas
District Court Executive/Clerk of Court

October 16, 2020

By   s/ D. Curiel
     Deputy Clerk